461 A.2d 867

Commonwealth v. Lyons, Appellant.

Argued January 25, 1983.   Paul W. Brann, for appellant;  Graham C. Showalter, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.

461 A.2d 867

Commonwealth v. Murray, Appellant.

Submitted February 24, 1982.   Gilbert J. Scutti, for appellant; Vram Nedurian, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., BROSKY and BECK, JJ.

The order of the lower court is affirmed.

461 A.2d 867

Commonwealth v. Rivenbark, Appellant.